# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AMMAR HARRIS,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CHARLES DANIELS, et al.,<br><br>　　　　　　　Defendants. | Case No.: 2:22-cv-00293-JAD-NJK<br><br>**Order**<br><br>(Docket Nos. 5, 6, 7) |

On February 28, 2022, the Court issued an order directing Plaintiff to the pay the full $402 filing fee for his 42 U.S.C. § 1983 action or submit an application to proceed *in forma pauperis* on or before April 19, 2022. Docket No. 4. In response, Plaintiff states that he does not have to pay the filing fee or submit an application to proceed *in forma pauperis* because he did not file a § 1983 action but instead brought a class action lawsuit under different federal statutes. Docket No. 5.

Plaintiff is still required to pay the $402 filing fee in this case or submit an application to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1914(a)-(b), any party instituting a civil action, such as this one, is required to pay the $350 filing fee and $52 administrative fee. Even though the Court may have mischaracterized Plaintiff's complaint as a § 1983 action, Plaintiff is still required to pay the filing fee for this civil action. Plaintiff is required to comply with this Court's February 28, 2022, order and must either pay the full $402 filing fee for this civil action or submit an application to proceed *in forma pauperis* on or before April 19, 2022. If Plaintiff fails to timely comply with the February 28, 2022, order, this case will be subject to dismissal without prejudice.

With respect to Plaintiff's attempt to bring a class-action lawsuit, the Court warns Plaintiff that *pro se* litigants have the right to plead and conduct their own cases personally. *See* 28 U.S.C. § 1654. *Pro se* litigants, such as Plaintiff, have no authority to represent anyone other than themselves. *See Cato v. United States*, 70 F.3d 1103, 1105 n.1 (9th Cir. 1995); *C.E. Pope Equity*

1

*Trust v. United States*, 818 F.2d 696, 697 (9th Cir. 1987).  For this reason, the Court denies "class-member" Willie Smith's motion for a copy of the class action complaint.  Docket No. 7.

The Court also denies Plaintiff's motion for the law librarian to submit all 29 pages of his complaint to this Court.  Docket No. 6.  The complaint submitted at Docket No. 1-1 is 29 pages long.

IT IS SO ORDERED that Plaintiff must comply with this Court's February 28, 2022, order directing Plaintiff to pay the full filing fee or submit a fully complete application to proceed *in forma pauperis*, no later than **April 19, 2022**.

IT IS FURTHER ORDERED that the motion for court order, Docket No. 6, is **DENIED**.

IT IS FURTHER ORDERED that the motion for copy of class action lawsuit, Docket No. 7, is **DENIED**.

DATED:  March 4, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE