UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AMMAR HARRIS,<br>    Plaintiff,<br>v.<br>CHARLES DANIELS., et al.,<br>    Defendants. | Case No. 2:22-cv-00293-CDS-NJK<br><br>**Order**<br><br>[Docket Nos. 34, 35] |

    Pending before the Court are Plaintiff's motions for clarification, Docket No. 34, and for limited discovery, Docket No. 35. Plaintiff's motion for clarification is seeking to clarify that defendant Wilson F's full name is Wilson F. Bernales. Docket No. 34 at 2-3. The Court construes pro se filings liberally, *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013), and so interprets this motion as a motion to substitute parties. Because Plaintiff is merely trying to substitute an incompletely named party for a completely named party, the Court **GRANTS** Plaintiff's motion for clarification. Docket No. 34. The Clerk's Office is **INSTRUCTED** to substitute Wilson F. for Wilson F. Bernales on the docket sheet.

    Plaintiff also filed a motion seeking limited discovery for the purpose of perfecting service. Docket No. 35 at 2. The Court's order granting Plaintiff's application to proceed *in forma pauperis* also ordered the Attorney General's Office to file a notice, within twenty-one days of that order's entry, containing "(a) the names of the defendants for whom it accepts service; (b) the names of the defendants for whom it does not accept service, and (c) the names of the defendants for whom it is filing the last-known-address information under seal." Docket No. 31 at 2. The Attorney General's Office has not yet filed that notice. *See* Docket. Accordingly, Plaintiff's motion for limited discovery is **DENIED**. Docket No. 35.

    IT IS SO ORDERED.

Dated: November 23, 2022

                                                                Nancy J. Koppe<br>
                                                                 United States Magistrate Judge