UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

AMMAR HARRIS,

    Plaintiff,

v.

CHARLES DANIELS, et al.,

    Defendants.

Case No. 2:22-cv-00293-CDS-NJK

**ORDER**

[Docket No. 40]

Pending before the Court is Plaintiff's motion to serve Wilson F. Bernales.[1] Docket No. 40.

Plaintiff's motion identifies Wilson F. Bernales as the remaining unserved defendant in this case.[2] *Id.* at 1. Plaintiff requests the Court issue summons to Defendant Bernales and order the U.S. Marshal Service to serve Defendant. *Id.* Pursuant to this Court's order, the Attorney General's Office filed a notice identifying the defendants for whom it does not accept service. *See* Docket Nos. 31 at 2 (order), 36 (notice of acceptance of service). The Attorney General's Office also filed under seal the last known address of Defendant Wilson F. Bernales. Docket No. 37.

Accordingly, Plaintiff's motion identifying unserved defendants and requesting issuance of summons is **GRANTED**.[3] Docket No. 40. The Court therefore **ORDERS** as follows:

---

[1] The Court construes *pro se* filings liberally. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

[2] Defendant Wilson F. Bernales was added to the Docket as William F. Bernales. *See* Docket Entry for Docket No. 39. The Clerk's Office is **INSTRUCTED** to substitute Wilson F. Bernales for William F. Bernales. *See* Docket No. 39.

[3] Plaintiff also seeks to renew his motion for limited discovery. Docket No. 40 at 2. A separate document must be filed for each type of relief requested. Local Rule IC 2-2(b). Accordingly, the Court declines to reach Plaintiff's request to renew his prior motion at this time.

1

- The Clerk's Office is **INSTRUCTED** to mail Plaintiff a blank copy of the USM-285 form.
- Plaintiff will have twenty days in which to furnish the United States Marshal with the required USM-285 forms with the relevant information as to Defendant Wilson F. Bernales.
- The Clerk's Office will issue summons to Defendant Bernales, and deliver the complaint and that summons to the United States Marshal for service.
- Within twenty days after receiving from the United States Marshal a copy of the Form USM-285, showing whether service has been accomplished, Plaintiff must file a notice identifying whether Defendant Bernales was served. If service was unsuccessful and Plaintiff wishes to have service attempted again, a motion must be filed identifying the unserved defendants and specifying a detailed name and/or address for said defendant, or whether some other manner of service should be attempted.

IT IS SO ORDERED.

Dated: December 14, 2022

_____
Nancy J. Koppe
United States Magistrate Judge