1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

AMMAR HARRIS,

      Plaintiff,

v.

CHARLES DANIELS, et al.,

      Defendants.

Case No. 2:22-cv-00293-CDS-NJK

**Order**

[Docket Nos. 64, 66]

Pending before the Court are Plaintiff's motions to amend complaint.  Docket Nos. 64, 66. Defendants filed responses to each motion.  Docket Nos. 67, 68.  Plaintiff filed a consolidated reply.  Docket No. 71.  The motions are properly resolved without a hearing.  *See* Local Rule 78-1.

This case's screening order restricted any amendments Plaintiff may make to the complaint to alleging true facts to show an Americans with Disabilities Act ("ADA") or Rehabilitation Act ("RA") claim.  Docket No. 14 at 11-12.  Plaintiff was ordered to file any such amended complaint no later than July 5, 2022, and to comply with certain formatting and procedural requirements.[1] *Id.*  The Court construes *pro se* filings liberally.  *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).  *Pro se* litigants, however, must still comply with all procedural rules and Court orders. *See Barnes v. Berryhill*, No. 3:18-cv-00199-MMD-WGC, 2019 WL 2435674, *2 (D. Nev. June 10, 2019) (citing *Carter v. C.I.R.*, 784 F.2d 1006, 1008 (9th Cir. 1986)).  Plaintiff did not attempt to amend his complaint until January 22, 2023, over six months after the Court-ordered filing deadline.  *See* Docket No. 60 (amended complaint filed directly to the Docket).

---

[1]   Plaintiff was actually ordered to file an amended complaint alleging additional facts to support an ADA/RA claim no later than thirty days from the issuance of the screening order. Docket No. 14 at 11.  The order was entered on June 2, 2022, which meant that Plaintiff would have had to file his complaint no later than July 2, 2022.  That date was a Saturday, and the following Monday was the Independence Day legal holiday.  Plaintiff, therefore, was required to file an amended complaint no later than July 5, 2022.  Fed. R. Civ. P. 6(a)(1)(c).

Accordingly, Plaintiff's motions to amend complaint are **DENIED**.  Docket Nos. 64, 66.

The Clerk's Office is **INSTRUCTED** to strike the filing at Docket No. 60.

IT IS SO ORDERED.

Dated: March 29, 2023

Nancy J. Koppe
United States Magistrate Judge

2