# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Ammar Harris, | Case No. 2:22-cv-00293-CDS-NJK |
| Plaintiff | **Order Closing Case** |
| v. | |
| Charles Daniels, et al., | |
| Defendants | |

Plaintiff Ammar Harris appealed my denial of his motion for reconsideration of the January 12, 2024, order granting the defendants' motion for summary judgment and denying Harris's motion for summary judgment. ECF No. 138. The United States Court of Appeals for the Ninth Circuit affirmed the decision—finding that I properly granted summary judgment because Harris failed to exhaust administrative remedies and failed to raise a genuine dispute of material fact as to whether administrative remedies were unavailable to him—on August 29, 2024. ECF No. 142. Because the Ninth Circuit's mandate issued on September 20, 2024, the Clerk of Court is kindly instructed to close this case.

Dated: February 19, 2025

_____
Cristina D. Silva
United States District Judge